Gregory A. Ross
LAW OFFICE OF GREGORY A. ROSS, P.C.
4245 Kemp Blvd, Suite 308
Wichita Falls, Texas 76308
Telephone (940) 692-7800
Facsimile (940) 692-7813
State Bar No. 17302500
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | |
| ANTHONY STEPHEN CRUMP AND TINA MARIE CRUMP, | Case No. 13-70230-hdh-13 |
| | (Chapter 13) |
| Debtors. | |

## MOTION TO REINSTATE CHAPTER 13 BANKRUPTCY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES ANTHONY STEPHEN CRUMP AND TINA MARIE CRUMP, Debtors, and bring this Motion to Reinstate Chapter 13 Bankruptcy and would respectfully show this Court the following:

1. On August 2, 2013, this Court entered an Order Dismissing Case, dismissing the above-numbered and styled Chapter 13 Bankruptcy filed with this Court. The reason for dismissal is due to, "Debtor(s)' did not pay the Trustee the first payment specified in the Debtor(s) Plan within 30 days after the Petition date. "

2. Debtors can and will be current on their Plan payments if an Order is entered.

3.      Debtors bring this Motion pursuant to Rule 60 of the Federal Rules of Civil

Procedure to relieve them from the disastrous effects of the Court's Order Dismissing

Case.

**PRAYER**

Debtors pray that this Court grant their Motion to Reinstate Chapter 13 Plan and reinstate

Debtors' case.

Respectfully submitted,

/s/ Gregory A. Ross
Gregory A. Ross
State Bar No. 17302500
Attorney for Movant

LAW OFFICE OF GREGORY A. ROSS, P.C.
4245 Kemp Blvd, Suite 308
Wichita Falls, Texas 76308
Telephone (940) 692-7800
Facsimile (940) 692-7813
State Bar No. 17302500

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was on August 5, 2013, duly served
on all parties of interest.

/s/ Gregory A. Ross
Gregory A. Ross

c:\bestcase\clients\crump\reinstate

---

**Motion to Reinstate Chapter 13 Bankruptcy**                                                    **Page 2**