

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 30, 2013

United States Bankruptcy Judge

___

Gregory A. Ross
LAW OFFICE OF GREGORY A. ROSS, P.C.
4245 Kemp Blvd, Suite 308
Wichita Falls, Texas 76308
Telephone (940) 692-7800
Facsimile (940) 692-7813
State Bar No. 17302500
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | |
| ANTHONY STEPHEN CRUMP AND TINA MARIE CRUMP, | Case No. 13-70230-hdh-13 |
| | (Chapter 13) |
| Debtors. | |

### ORDER DENYING MOTION TO REINSTATE CHAPTER 13 BANKRUPTCY

On this day came before this Court Debtors' Motion to Reinstate Chapter 13 Plan and after hearing the evidence and argument of counsel, this Court finds that good cause does not exist to vacate the dismissal of the above-numbered and styled Chapter 13 Bankruptcy.

IT IS ORDERED that Debtors' Motion to Reinstate Chapter 13 Bankruptcy is DENIED and their Chapter 13 Bankruptcy is DISMISSED on his Court's docket without prejudice.

***END OF ORDER***

Gregory A. Ross
LAW OFFICE OF GREGORY A. ROSS, P.C.
4245 Kemp Blvd., Suite 308
Wichita Falls, Texas  76308
info@gregoryrosspc.com
(940) 692-7800
(940) 692-7813 – FAX
State Bar No. 17302500