Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79423
(806) 748-1980 Phone
(806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

ANTHONY STEPHEN CRUMP                              CASE NO. 13-70230-HDH-13
TINA MARIE CRUMP
DEBTOR(S)

## NOTICE OF FILING FINAL REPORT AND ACCOUNT BY TRUSTEE

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Walter O'Cheskey, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY CT, 1100 COMMERCE 1254, DALLAS, TEXAS, 75242, and is available for review.  A summary of the report is as follows:

| | | |
|---|---|---|
| Total Receipts | | $0.00 |
| Administrative Disbursements | $0.00 | |
| Attorney Fee Disbursements | $0.00 | |
| Debtor Refund Disbursements | $0.00 | |
| Secured Disbursements | $0.00 | |
| Unsecured Disbursements | $0.00 | |
| Total Disbursements by Trustee | | $0.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case be terminated.

Dated:     9/11/2013                                   /s/  Walter O'Cheskey

                                              Standing Bankruptcy Trustee
                                              By:       Lupe Cervantes